United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Markel Steven Dunn  
      Debtor

Case No. 17-14098-ref  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: SaraR | Page 1 of 1 | Date Rcvd: Aug 28, 2017 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2017.
db         +Markel Steven Dunn,   513 Ponds Edge Lane,   Allentown, PA 18104-9204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:40:01     Synchrony Bank,
          c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2017 at the address(es) listed below:
          CHARLES   LAPUTKA   on behalf of Debtor Markel Steven Dunn claputka@laputkalaw.com,
            jamie@laputkalaw.com;mary@laputkalaw.com
          DAVID ALAN EISENBERG   trustee@eisenbergpc.com,   deisenberg@ecf.epiqsystems.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                    TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Markel Steven Dunn,                NO: 17-14098

Debtor                                       CHAPTER 7

## ORDER SETTING EXPEDITED HEARING TO CONSIDER MOTION

Movant has requested expedited consideration of his Motion For Sanctions for Violation of Automatic Stay (the "Motion") and the Movant certifies to the Court that he gave prior notice to all parties in interest by facsimile and mail delivery Toyota Motor Credit Corp. a/k/a Lexus Financial Services, IT IS HEREBY ORDERED that an expedited hearing for consideration of the Movant's Motion shall be held at:

United States Bankruptcy Court - E.D. PA.
Courtroom Number 1
Third Floor, The Madison
400 Washington Street
Reading, Pennsylvania

on August 30, 2017 at 1:30 p.m. prevailing time.

IT IS HEREBY FURTHER ORDERED that any party opposing the Motion may ~~shall~~ file an answer or response at or before the time and date of the hearing set above ~~[this provision is not included if the expedited hearing is held on less than ten (10) days' notice]~~ and ~~that~~ any party opposing the Motion shall appear at the hearing on the Motion or it may be granted without further notice.

IT IS HEREBY FURTHER ORDERED that Movant's counsel shall immediately both (1.) notify by telephone and (2.) serve copies of this signed Order and the Motion on the following parties by e-mail or facsimile: Counsel for the United States Trustee and ~~either~~ the Chapter 7 ~~or the Chapter 13 Trustee, counsel for the~~

Debtors ~~[if the motion is not filed by the Debtors]~~, all secured creditors with liens on Movant's property (by serving their counsel if known), all other parties affected by the Motion (by serving their counsel if known), and all other interested parties.

August 28, 2017

_____
United States Bankruptcy Judge