UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| MARKEL STEVEN DUNN, | : | Case No. 17-14098REF |
| Debtor | : | |

# ORDER

AND NOW, this 30 day of August, 2017, upon my consideration of Debtor's Motion For Sanctions For Violation Of Automatic Stay, and after expedited hearing held on Debtor's Motion today, during which both Debtor and Respondent, Toyota Motor Credit Corp. ("Toyota Credit"), appeared,

I hereby find that no request for return of the vehicle that was repossessed by Toyota Credit is presently before me for decision because Debtor has not made such a request, either during today's hearing[1] or in his Motion[2],

---

[1] The evidence presented during today's hearing established that Debtor purchased another vehicle shortly after the vehicle at issue was repossessed by Toyota Credit. This may explain why counsel for Debtor did not request that the vehicle be returned to Debtor during today's hearing.

[2] A review of Debtor's Motion reveals that the only relief requested is that I impose sanctions on Toyota Credit.

AND I further find that that the only issue before me for decision is whether sanctions should be granted in favor of Debtor and against Toyota Credit, and if so, the amount of sanctions that should be granted,

IT IS HEREBY ORDERED that Debtor and Toyota Credit shall filed briefs on this matter **by September 15, 2017.**

BY THE COURT

_____
RICHARD E. FEHLONG
United States Bankruptcy Judge