**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  MARKEL STEVEN DUNN,<br>            *Debtor* | Chapter 7 |
| MARKEL STEVEN DUNN,<br>            *Movant*<br>    v.<br>TOYOTA MOTOR CREDIT CORP.,<br>            *Respondent* | Bankruptcy No. 17-14098-REF |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1:  Identify the appellant(s)**

1. Name(s) of appellant(s):

    Toyota Motor Credit Corp.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| [ ] Plaintiff<br>[ ] Defendant<br>[ ] Other (describe) _____ | [ ] Debtor<br>[x] Creditor<br>[ ] Trustee<br>[ ] Other (describe) _____ |

**Part 2:  Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

    Order granting Debtor's Motion for Sanctions for Violation of Automatic Stay

2. State the date on which the judgment, order, or decree was entered:  October 3, 2017

*cc: Markel Steven Dunn - Debtor, Charles Laputka - Atty for Debtor, Synchrony Bank, David Eisenberg - Ch. 7 Trustee, US Trustee, Hon. Richard E. Fehling, and District Court.  10/17/2017 sr*

**Part 3:  Identify the other parties to the appeal**

    1.  Party:  <u>Markel Steven Dunn (Debtor)</u>     Attorney:  <u>Charles Laputka, Esquire</u>
                                                                                             <u>1334 W. Hamilton Street</u>
                                                                                           <u>Allentown, PA 18102</u>
                                                                                           <u>(610) 477-0155</u>

**Part 4:  Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

    [ ]  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5:  Sign below**

<u>  /s/ Thomas I. Puleo                   </u>                                    Date:  <u>October 16, 2017</u>
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

Thomas I. Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
(610) 825-6309

Fee waiver notice:  If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.