UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
THE MADISON
400 WASHINGTON STREET
SUITE 300
READING, PA 19601

Timothy B. McGrath
Clerk

Telephone
(610) 208-5040

October 17, 2017

Re: Markel Steven Dunn
Bankruptcy No.: 17-14098-ref

Dear Ms. Barkman:

We herewith transmit the following document(s) filed in the above matter(s), together with a certified copy of the docket entries:

(X) Certificate of Appeal from Order entered October 3, 2017, by the Honorable Richard E. Fehling.
   Notice of appeal filing fee (X)paid   ( )not paid

( ) Designation of Record on Appeal Filed
( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed ( ).
   ( ) Answer to motion filed ( ).

( ) Proposed findings of fact and conclusions of law entered ( ) by the Honorable( ).
   ( ) Objections filed ( ).

( ) Report and recommendation entered ( ) by the Honorable ( ).

   ( ) Objections filed ( ).

( ) Original record transferred to the District Court pursuant to the order of the Honorable ( ).

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: /s/ Sara I. Roman
Deputy Clerk

Received Above material or record tile this ___ day of Oct., 2017.
Civil Action No. 17 ___ 83   Signature: Steve Thomas
Miscellaneous No. _____   Date: 10/17/17
Assigned to Judge _____

BFL5.frm(rev 2/15)