UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: MARKEL STEVEN DUNN,<br>　　　　　　　Debtor | NO: 17-14098-REF |
| MARKEL STEVEN DUNN,<br>　　　　　　　Movant<br>　　　v.<br>TOYOTA MOTOR CREDIT CORP.,<br>　　　　　　　Respondent | CHAPTER 7 |

DESIGNATION OF RECORD ON APEAL AND STATEMET OF ISSUES TO BE PRESENTED PURUSANT TO FRBP 8009(a)

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a), Appellee, Markel Steven Dunn, hereby submits this designation of the record on appeal and statement of issues to be presented in connection with the appeal from the Order of the Bankruptcy Court granting Debtor's Motion for Sanctions for Violation of Automatic Stay as follows:

DESIGNATION OF RECORD ON APPEAL

Appellee has nothing further to add to Appellant's designations.

STATEMENT OF ISSUES PRESENTED

1.　Whether any section of the Bankruptcy Code permits Toyota Motor Credit Corp. to repossess a vehicle sixteen (16) days after the initial 341 Meeting of the Creditors without violating the automatic stay imposed by 11 U.S.C. § 362.

2.　Whether the Debtor complied with 11 U.S.C. § 521(a)(2) by filing a Statement of Intent with the court informing Toyota Motor Credit Corp. he elected to retain his vehicle.

3.      Whether repossession by an agent of Toyota Motor Credit Corp., despite Debtor's satisfaction of the requirements of 11 U.S.C. § 521(a)(2), constitutes bad faith and in violation of 11 U.S.C. § 521(a)(6) and 11 U.S.C. § 362(a)(3).

                                                       Respectfully submitted,

Date: November 6, 2017                By: /s/Charles Laputka
                                                  CHARLES LAPUTKA, Esquire
                                                  PA I.D. No. 91984
                                                  1344 W. Hamilton Street
                                                  Allentown, PA 18102
                                                  610-477-0155
                                                  claputka@laputkalaw.com