UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
THE MADISON
400 WASHINGTON STREET
SUITE 300
READING, PA  19601

Timothy B. McGrath  
Clerk

Telephone
(610) 208-5040

November 7, 2017

Re: Markel Steven Dunn  
Bankruptcy No.: 17-14098-ref  
Civil Action No.  17-4683

Dear Ms. Kate Barkman, Clerk of Court:

We herewith transmit the following documents filed in the above matter, together with a copy of the docket entries:

(  ) Certificate of appeal from the Order entered by the Honorable  
Notice of appeal filing fee (  )paid,   (  )not paid

(**XX**) Designation of Record on Appeal Filed  
(  ) Designation of Record on Appeal Not Filed

(  ) Supplemental certificate of appeal

(  ) Motion for leave to appeal filed  
(  ) Answer to motion filed

(  ) Proposed findings of fact and conclusions of law entered by the Honorable  
(  ) Objections filed

(  ) Report and recommendation entered by the Honorable

(  ) Objections filed

(  ) Original record transferred to the District Court pursuant to the order of the Honorable

(  ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath  
Clerk

By: __/s/ Sara I Roman_____  
Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20___.

Civil Action No. _____    Signature:_____

Miscellaneous No. _____    Date: _____

Assigned to Judge _____    BFL5.frm(rev 2/15)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Markel Steven Dunn,         :        Chapter 7

                                    :        Bankruptcy No. 17-14098-ref

                                    :        Civil Action No. 17-4683

**CERTIFICATE OF APPEAL FROM**
**ORDER OF THE BANKRUPTCY JUDGE DATED OCTOBER 3, 2017**
**ENTERED ON THE DOCKET OCTOBER 3, 2017**

I, Timothy B. McGrath, Clerk of the United States Bankruptcy Court, Eastern District of Pennsylvania, herewith electronically transmit the record on appeal filed October 16, 2017, and certify that the above proceeding was properly before the Honorable Bankruptcy Judge Richard E. Fehling.

For the Court
Timothy B. McGrath
Clerk


By:  /s/Sara I. Roman
     Deputy Clerk


Parties/Counsel of Record:


Markel Steven Dunn
513 Ponds Edge Lane
Allentown, PA 18104
*Debtor*

Charles Laputka, Esq.
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102
*Counsel for Debtor/Appellee*

Thomas I. Puleo, Esq.
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
*Counsel for Toyota Motor Credit Corp./Appellant*

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
*Interested Party*

David A. Eisenberg, Esquire
4167 Winchester Road
Allentown, PA 18104
*Chapter 7 Trustee*

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107