UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
THE MADISON
400 WASHINGTON STREET
SUITE 300
READING, PA 19601

Timothy B. McGrath
Clerk

Telephone
(610) 208-5040

November 7, 2017

Re: Markel Steven Dunn
Bankruptcy No.: 17-14098-ref
Civil Action No. 17-4683

Dear Ms. Kate Barkman, Clerk of Court:

We herewith transmit the following documents filed in the above matter, together with a copy of the docket entries:

( ) Certificate of appeal from the Order entered by the Honorable
Notice of appeal filing fee ( )paid, ( )not paid

(XX) Designation of Record on Appeal Filed
( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal

( ) Motion for leave to appeal filed
( ) Answer to motion filed

( ) Proposed findings of fact and conclusions of law entered by the Honorable
( ) Objections filed

( ) Report and recommendation entered by the Honorable

( ) Objections filed

( ) Original record transferred to the District Court pursuant to the order of the Honorable

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: /s/ Sara I Roman
Deputy Clerk

---

Received Above material or record tile this  7th  day of  November , 20 17 .

Civil Action No.  17-4683   Signature: T. Milano

Miscellaneous No. _____   Date:  11/7/17

Assigned to Judge  Leeson

BFL5.frm(rev 2/15)