# LAPUTKA
## Law Office, LLC
FRIENDLY • PERSONAL • PROFESSIONAL

# INVOICE

Date of Invoice: 08/14/2018

1344 W. Hamilton Street
Allentown, PA 18102

Markel Dunn
513 Ponds Edge Lane
Allentown, PA 18104

## Bankruptcy

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 08/18/2017 | CL | Exchange several emails with client regarding repossession of his Land Rover. Telephone conference withe Mary Kocher regarding how to handle the situation in my absence. | 0.70 | $300.00 | $210.00 |
| 08/19/2017 | CL | Exchange several emails with client regarding repossession. Review bankruptcy docket and documents with client, including statement of intent, in response to Toyota suggesting no statement of intent had been filed. | 0.80 | $300.00 | $240.00 |
| 08/20/2017 | CL | Exchange email correspondence with client regarding Toyota's failure to return the repossessed Land Rover. | 0.20 | $300.00 | $60.00 |
| 08/21/2017 | CL | Review hard file upon return to office from conference and assign Motion for violation to Attorney Draklan for completion. | 0.20 | $300.00 | $60.00 |
| 08/25/2017 | CL | Revise Motion for Expedited Hearing & Motion for Sanctions; File same with the Court; telephone conference with Toyota Financial | 1.00 | $300.00 | $300.00 |
| 08/25/2017 | BK | Researched and wrote Motion for Sanctions and Expedited hearing | 2.50 | $250.00 | $625.00 |
| 08/28/2017 | CL | Phone call with Toyota Financial regarding Motion for Expedited Hearing | 1.00 | $300.00 | $300.00 |
| 08/28/2017 | MK | File proposed Order & Certificate of Service with the Court | 0.20 | $100.00 | $20.00 |
| 08/30/2017 | BK | Preparation for Hearing or Conference: Preparation for Hearing | 1.00 | $250.00 | $250.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/30/2017 | BK | Telephone Conference: with opposing counsel | 0.20 | $250.00 | $50.00 |
| 08/30/2017 | BK | Travel to and attend hearing on Motion for Sanctions | 3.50 | $250.00 | $875.00 |
| 09/14/2017 | CL | Receive and review Toyota brief in opposition of motion for sanctions. | 0.80 | $300.00 | $240.00 |
| 09/15/2017 | CL | Draft and file brief in support of Motion for Sanctions | 3.20 | $300.00 | $960.00 |
| 10/05/2017 | CL | Review order and conference call with client to discuss same. | 0.60 | $300.00 | $180.00 |
| 01/04/2018 | DB | Review Federal Rules of Civil Procedure regarding format of appellate briefs; Review and revise Reply Brief, create Table of Contents, Table of Authorities, Cover Page and Certificate of Service | 3.00 | $300.00 | $900.00 |
| 01/04/2018 | CL | Draft and file Reply Brief | 5.00 | $300.00 | $1,500.00 |
| 07/24/2018 | CL | Document Review: Review order, opinion and relevant case law . | 1.50 | $350.00 | $525.00 |
| 07/24/2018 | CL | Correspondence: Exchange email correspondence with client regarding opinion and damages hearing. | 0.30 | $350.00 | $105.00 |
| 07/26/2018 | CL | Correspondence: Exchange email correspondence with client regarding damages hearing. | 0.20 | $350.00 | $70.00 |
| 07/26/2018 | CL | Telephone Conference: Review file and telephone conference with opposing counsel regarding case law, appeal options and settlement. | 0.70 | $350.00 | $245.00 |
| 08/14/2018 | CL | Preparation for Hearing or Conference: Preparation for damages hearing and submission of current bill to court via ECF; telephone conference with client regarding upcoming hearing; telephone conference with opposing counsel regarding upcoming hearing and settlement offer. | 1.60 | $350.00 | $560.00 |
| | | | | **Subtotal** | **$8,275.00** |
| | | | | **Total** | **$8,275.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1359 | 08/14/2018 | $8,275.00 | $0.00 | $8,275.00 |
| | | | **Outstanding Balance** | **$8,275.00** |

| | |
|---|---|
| **Amount in Trust** | $0.00 |
| **Total Amount Outstanding** | $8,275.00 |

Please make all amounts payable to: Laputka Law Offices, LLC
Balance Due Upon Receipt

Payment is due upon receipt.