

**Rental Agreement Summary**
RA#: 8W5NLS
Renter: MARKEL DUNN

###  Dates & Times             Location

**Pick up**

Friday, August 25, 2017 5:31 PM
Start Charges:
Friday, August 25, 2017 5:31 PM

5661 HAMILTON BLVD
ALLENTOWN,
PA 18106-9676
(610) 395-9150

**Return**

Sunday, August 27, 2017 2:00 PM

5661 HAMILTON BLVD
ALLENTOWN,
PA 18106-9676
(610) 395-9150

### Vehicle

Make / Model: DODG / GCAR
Color: BLACK
Mileage: 30562
Fuel Out: FULL
License #: FZB5991
Unit #: 7NFS3M

**Vehicle Condition:**
-REAR BUMPER --OTHER -FRONT BUMPER --SCRATCH

### Renter Charges

| Charges | Price/Unit | Total |
|---|---|---|
| TIME & DISTANCE 8/25/17-8/27/17 | $49.00 / Day | $98.00 |
| DAILY MILEAGE: | 150 / Day | |
| WEEKLY MILEAGE: | 1050 / Week | |
| MONTHLY MILEAGE: | 2500 / Month | |
| EXCESS DISTANCE CHARGE: | $0.25 / Mile | |
| REFUELING CHARGE | $2.41 / Gallons | $0.00 |

**Taxes and Fees**

| | | |
|---|---|---|
| VEHICLE RENTAL TAX (2%) | 2% | $1.96 |
| PTA FEE | $2.00 / Day | $4.00 |
| PA TAX (6%) | 6% | $5.88 |
| Total Estimated Charge: | | $109.84 |

**Payments:**

| | | |
|---|---|---|
| VISA ******7029 | Sale | ($350.00) |
| VISA ******7029 | Auth | ($350.00) |

**Acknowledgement of Charges**
I acknowledge that I have reviewed and agree to all charges and fees listed on Summary of Charges

*Electronically signed*

PERMISSION GRANTED TO OPERATE VEHICLE ONLY IN THE STATE OF RENTAL AND THE FOLLOWING STATE(S):

OPERATION IN ANY OTHER STATE OR COUNTRY WILL AFFECT YOUR LIABILITY AND RIGHTS UNDER THIS AGREEMENT.

### Optional Protection Products Declined

| | | |
|---|---|---|
| CDW | declined | Friday, August 25, 2017 |
| PAI | declined | Friday, August 25, 2017 |
| RAP | declined | Friday, August 25, 2017 |
| SUPPLEMENTAL LIABILITY PROTECTION 2 | declined | Friday, August 25, 2017 |

Owner: PENRAC, LLC

**Additional Drivers**

No Additional Drivers are authorized to drive the vehicle with the exception of the drivers listed below.
*(Additional driver names listed here if applicable)*

Please keep this Rental Agreement Summary with you in the vehicle during the rental.

### Local Addenda

**OPTIONAL PRODUCTS NOTICE: OWNER OFFERS, FOR AN ADDITIONAL CHARGE, AS OPTIONAL PRODUCTS: DAMAGE WAIVER (DW); PERSONAL ACCIDENT INSURANCE (PAI); ROADSIDE ASSISTANCE PROTECTION (RAP) AND SUPPLEMENTAL LIABILITY PROTECTION (SLP). THESE ARE DESCRIBED IN DETAIL ELSEWHERE IN THIS AGREEMENT. THESE ARE OPTIONAL PRODUCTS WHICH MAY DUPLICATE COVERAGE I ALREADY HAVE THROUGH MY OWN INSURANCE POLICIES OR MY CREDIT CARD. I AM NOT REQUIRED TO PURCHASE THESE PRODUCTS IN ORDER TO RENT A VEHICLE FROM OWNER.**

**BEFORE DECIDING WHETHER TO PURCHASE THESE OPTIONAL PRODUCTS I MAY WISH TO EXAMINE MY INSURANCE POLICIES OR CREDIT CARD AGREEMENT, OR I MAY WISH TO CALL MY INSURANCE AGENT OR CREDIT CARD COMPANY, TO DETERMINE WHETHER THEY PROVIDE COVERAGE FOR DAMAGE TO A RENTAL VEHICLE OR FOR LOSS OR INJURY CAUSED OR SUFFERED BY ME.**

**PENNSYLVANIA LAW REQUIRES OWNER TO BEAR CERTAIN MINIMUM FINANCIAL**

RESPONSIBILITY FOR ITS VEHICLES. OWNER IS SELF-INSURED FOR THIS RESPONSIBILITY, WHICH DOES NOT CONSTITUTE LIABILITY INSURANCE FOR ME THE RENTER, OR FOR ANY PASSENGER

IF I ELECT TO PURCHASE ANY OPTIONAL INSURANCE PRODUCT OR DW, I MAY ELECT TO CANCEL MY PURCHASE AT ANY TIME DURING THE RENTAL BY BRINGING THE CAR AND MY COPY OF THE CONTRACT TO ANY ENTERPRISE RENT-A-CAR BRANCH DURING BUSINESS HOURS AND AGREEING IN WRITING TO MODIFY THE CONTRACT. I WILL NOT BE CHARGED FOR THE CANCELLED SELECTIONS BEYOND THE DAY OF CANCELLATION.

REJECTION OF UNINSURED MOTORIST PROTECTION: I AM REJECTING UNINSURED MOTORIST COVERAGE UNDER THIS RENTAL OR LEASE AGREEMENT AND ANY POLICY OF INSURANCE OR SELF-INSURANCE ISSUED UNDER THIS AGREEMENT, FOR MY SELF AND ALL OTHER PASSENGERS OF THIS VEHICLE. UNINSURED COVERAGE PROTECTS ME AND OTHER PASSENGERS IN THIS VEHICLE FOR LOSSES AND DAMAGES SUFFERED IF INJURY IS CAUSED BY THE NEGLIGENCE OF A DRIVER WHO DOES NOT HAVE ANY INSURANCE TO PAY FOR LOSSES AND DAMAGES.

ACKNOWLEDGEMENT OF LOCAL ADDENDUM

Electronically signed

TERMS AND CONDITIONS

Click to view Terms and Conditions

FORM# 579PAHC_UC16

ACKNOWLEDGEMENT OF THE ENTIRE AGREEMENT

I, THE "RENTER" SIGNING BELOW, HAVE READ AND AGREE TO THE TERMS AND CONDITIONS IN THE RENTAL AGREEMENT JACKET. BY SIGNING BELOW, I AM AUTHORIZING OWNER TO CHARGE TO THE CREDIT CARD(S) AND/OR DEBIT CARD(S) THAT I HAVE PROVIDED TO OWNER ALL AMOUNTS OWED BY ME UNDER THIS AGREEMENT FOR ADVANCE DEPOSITS, INCREMENTAL AUTHORIZATIONS/DEPOSITS, AND ANY OTHER AMOUNTS OWED BY ME, AS WELL AS PAYMENTS REFUSED BY A THIRD PARTY TO WHOM BILLING WAS DIRECTED. I ALSO AUTHORIZE OWNER TO RE-INITIATE ANY CHARGE TO MY CARD(S) THAT IS DISHONORED FOR ANY REASON. I CERTIFY THAT THE DRIVERS LICENSE(S) PRESENTED IS CURRENTLY VALID AND IS NOT SUSPENDED, EXPIRED, REVOKED, CANCELLED OR SURRENDERED. I FURTHER ACKNOWLEDGE AND CONSENT TO THE DISPUTE RESOLUTION PROVISIONS CONTAINED IN THIS AGREEMENT.

Electronically signed



8W5NLS

Terms and Conditions electronically accepted by the Renter
8/25/17 at 5:42 PM



| 10/15/17, 3:18 PM | $9.59 |
|---|---|
| Ford Edge GVC9233 | +$1.00 Tip |

- PA-100, Fogelsville, PA 18051, USA
- 525 Ponds Edge Ln, Allentown, PA 18104, USA

 You rated Michael            ★ ★ ★ ★ ★

Help        Receipt

I was involved in an accident

Review my fare or fees                    >

```
CO       FILE #        000000-000000
QWP   N0218981
Employee Number:    N0218981
Employee Location:  Allentown, PA
```



Liberty Mutual Insurance Company
100 Liberty Way
Dover NH 03820

# Earnings Statement

Page 001 of 0 02
Period Beg/End:   07/21/2018 - 08/03/2018
Advice Date:      08/03/2018
Advice Number:    0499826273
Batch Number:     080218190414

```
Fed Status:Single
PA:Not Used
Exemptions/Allowances    Addl
FED:7  0
PA:0   0
```

Dunn, Mar'kel
513 Ponds Edge Lane
Allentown, PA 18104

For inquiries on this statement please call: 877-564-4772

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Reg Salary | 24.13 | 75.00 | 1809.62 | 28671.19 |
| Alt WW Adj | | | .00 | 23.58- |
| Ded Abs | | | .00 | 141.53- |
| Overtime 1X | 24.13 | 1.00 | 24.13 | 221.99 |
| Recognition | | | .00 | 69.04 |
| Tuition Reim | | | .00 | 2718.00 |
| VIP Plan | | | .00 | 1361.00 |
| HW Adjust | | | 282.99 | 4527.84 |
| GROSS PAY | | | 2116.74 | 37403.95 |

| TAXES | | This Period | Year-to-Date |
|---|---|---|---|
| FIT Withheld | | 40.59 | 1207.58 |
| Medicare EE Withheld | | 26.18 | 432.00 |
| SS EE Withheld | | 111.95 | 1847.19 |
| PA School Withheld Parkland | | 9.03 | 148.99 |
| PA SUI Withheld | | 1.10 | 18.09 |
| Head Tax Withheld South Whiteha | | 2.00 | 32.00 |
| PA SIT Withheld | | 55.43 | 914.63 |
| Upper Macungie Twp City Withhel | | 9.03 | 148.99 |
| TOTAL TAXES | | 255.31 | 4749.47 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Before-Tax Deductions** | | |
| 401k BTax | 146.70 | 882.13 |
| Dental | 23.74 | 379.84 |
| HSA | 74.72 | 1110.37 |
| Medical | 203.87 | 3261.92 |
| Vision | 8.78 | 140.48 |
| TOTAL | 457.81 | 5774.74 |
| **After-Tax Deductions** | | |
| 401k Loan 1 | 4.62 | 73.92 |
| Child Life | .20 | 3.20 |
| Grp Sav Plus | 15.84 | 253.44 |
| LTD Ins | 3.91 | 62.56 |
| Recog Offset | .00 | 45.00 |
| TOTAL | 24.57 | 438.12 |
| TOTAL DEDUCTIONS | 482.38 | 6212.86 |
| NET PAY | 1096.06 | 21913.78 |

**PAY SUMMARY**

| | |
|---|---|
| ANNUAL SALARY | 47050.00 |
| HOURLY | 24.13 |

---



Liberty Mutual Insurance Company
100 Liberty Way
Dover, NH-03820

Advice Number:   0499826273
Advice Date:     08/03/2018

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Dunn, Mar'kel | CHECKING XXXXXX0303 | XXXXX0801 | $50.00 |
| | CHECKING XXXXXX1245 | XXXXX0649 | $50.00 |
| | CHECKING XXXXXXXX4837 | XXXXX9199 | $996.06 |



```
CO       FILE #        000000-000000
QWP     N0218981
Employee Number:    N0218981
Employee Location:  Allentown, PA
```

Liberty Mutual Insurance Company
100 Liberty Way
Dover NH 03820

Fed Status: Single
PA: Not Used
Exemptions/Allowances    Addl
FED: 7  0
PA:  0  0

For inquiries on this statement please call: 877-564-4772

## Earnings Statement

Page 002 of 002
Period Beg/End:    07/21/2018 - 08/03/2018
Advice Date:       08/03/2018
Advice Number:     0499826273
Batch Number:      080218190414

Dunn, Mar'kel
513 Ponds Edge Lane
Allentown, PA 18104

| Earnings | Rate | Hours This Period | Year-to-Date | | Other Deductions | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|

The following earnings from prior pay periods are being paid in this period and included in the Earnings on page 1 (bolded lines).

| Earnings | Pay Period | Rate | Hours | Amount |
|---|---|---|---|---|
| Overtime 1X | 07/09 07/22 | 24.13 | 1.00 | 24.13 |



THIS IS NOT A CHECK



# MAVIS DISCOUNT TIRE
## AMERICA'S TIRE DISCOUNTER

If you are not 100% satisfied with the service you have received, please call 1-800-757-4291

Fogelsville Mavis
7720 Main St/Lamar Centre
Fogelsville, PA 18051
Facility:M426, PA 18051
Phone: (610) 391-0300

344        024552        369723

SOLD TO: MARKEL DUNN
513 PONDS EDGE LA
ALLENTOWN PA 18104

1/344
SEND TO:

E-mail : noemail

| CUST. P.O.# | MAKE/MODEL | TAG | MILEAGE | TELEPHONE | RTE. | SLM | SHIP VIA | ORDER # | PG. | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2003FOREST | KLC2928 /PA | In:160000 Out:160000 | (484)735-6032 | 0 | 03 | | 024552 | 1 | |

| INVOICE DATE | INVOICE NUMBER | PREVIOUS SHIPPED INVOICE NUMBER | TERMS | | | |
|---|---|---|---|---|---|---|
| 07/02/2017 | 369723 | | CASH SALE | Opened by Operator # 3441 07/02/17 16:36:24 3442 | | |

| STOCK NUMBER | SIZE | DESCRIPTION | ORDERED | SHIPPED | PREV. SHIP | UNIT PRICE | T | F.E.T. | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| | | SQUEEL ON START UP, CHECK BELTS | | | | | | | |
| | | GENERAL INSPECTION | | | | | | | |
| CKB | CUSTOMER STATES | CHECK BRAKES | 1 | 1 | | .00 | 20 | .00 | .00 |
| CKS | CUSTOMER STATES | CHECK SHOCKS | 1 | 1 | | .00 | 20 | .00 | .00 |
| CKT | CUSTOMER STATES | CHECK TIRES | 1 | 1 | | .00 | 20 | .00 | .00 |
| CKFE | CUSTOMER STATES | CHECK FRONT END | 1 | 1 | | .00 | 20 | .00 | .00 |
| | 2003 SUBARU | FORESTER 4 2457 2.5L SOHC | | | | | | | |
| | JF1SG65653H770453 | | | | | | | | |
| 8000 | I094495383 | SERPENTINE BELT | 1 | 1 | | 22.68 | 20 | .00 | 22.68 |
| 8000 | I094495383 | AC BELT | 1 | 1 | | 34.68 | 20 | .00 | 34.68 |
| PSF | | POWER STEERING FLUSH SERVICE | 1 | 1 | | 79.99 | 20 | .00 | 79.99 |
| 6610 | | BRAKE SYSTEM FLUSH | 1 | 1 | | 79.99 | 20 | .00 | 79.99 |
| 203 | COMPUTERIZED | WHEEL ALIGNMENT | 1 | 1 | | 79.99 | 20 | .00 | 79.99 |
| 7207 | I094495383 | STABILIZER LINK | 1 | 1 | | 33.42 | 20 | .00 | 33.42 |
| | | CONTINUED.... | | | | | | | |

**WARNING:** Lug nuts/bolts must be checked and retorqued immediately after the first 25 miles of use. Please return to Mavis immediately after 25 miles of your service so that we can check and retorque your lug nuts/bolts.

I hereby authorize the repair work set forth to be done along with the necessary material & agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, or any other cause beyond your control or for any delay caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you & your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection at my risk. An ex-press Mechanics Lien is hereby acknowledged on said vehicle to secure the amount of repairs thereto. I hereby waive my rights to a written estimate of the extent nature & cost of the service to be provided. Liability will not hold you responsible for fees on rental cars. Any warranties on the products sold hereby are those made by the manufacturers. The seller hereby expressly disclaims all warranties either expressed or implied warranty of fitness for a particular purpose & neither assumes any person to assume for it any liability in connection with the sale of said product. These repairs are covered by a limited warranty-labor 30 days or 1,000 miles, whichever comes first by the dealer-parts, 90 days or 4,000 miles, whichever comes first by the manufacturer. The dealer hereby limits any implied warranties to the same period. I will not stop payment on any parts and/or labor

X SIGNATURE

| PARTS | LABOR | TAX% | TAXABLE AMOUNT | SALES TAX | F.E.T. | STATE WASTE TIRE FEE | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |



# MAVIS DISCOUNT TIRE
## AMERICA'S TIRE DISCOUNTER

If you are not 100% satisfied with the service you have received, please call 1-800-757-4291

Fogelsville Mavis
7720 Main St/Lamar Centre
Fogelsville, PA 18051
Facility:N426, PA 18051
Phone: (610) 391-0300

344      024552      369723

SOLD TO: MARKEL DUNN
513 PONDS EDGE LA
ALLENTOWN PA 18104

1/344

SEND TO:

E-mail :    noemail

| CUST. P.O.# | MAKE/MODEL | TAG | MILEAGE | TELEPHONE | RTE. | SLM | SHIP VIA | ORDER # | PG. | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2003 FOREST | KLC2928 /PA | In:160000 Out:160000 | (484)735-6032 | 0 | 03 | | 024552 | 3 | |

| INVOICE DATE | INVOICE NUMBER | PREVIOUS SHIPPED INVOICE NUMBER | TERMS | | | |
|---|---|---|---|---|---|---|
| 07/02/2017 | 369723 | | CASH SALE | Opened by Operator # 3441 07/02/17  16:36:24  3442 | | |

| STOCK NUMBER | SIZE | DESCRIPTION | QUANTITY ORDERED | SHIPPED | PREV SHIP | UNIT PRICE | T | F.E.T. | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 7352 | I094495383 | QUICK STRUT | 1 | 1 | | 209.99 | 20 | .00 | 209.99 |
| 252 | | LABOR - QUICK STRUT | 1 | 1 | | 79.99 | 20 | .00 | 79.99 |
| 8008 | DISCOUNT | OIL CHANGE DISCOUNT COUPON | 1 | 1 | | 34.99 | 20 | .00 | 34.99- |
| 8000 | 3IV193551 | IDLER PULLEY ADJUSTER | 1 | 1 | | 35.68 | 20 | .00 | 35.68 |
| 302 | R&R | IDLER PULLEY | 1 | 1 | | 58.50 | 20 | .00 | 58.50 |
| 7207 | 3IV183592 | STABILIZER LINK | 2 | 2 | | 42.44 | 20 | .00 | 84.88 |
| 230 | | LABOR STABILIZER LINK | 2 | 2 | | 15.00 | 20 | .00 | 30.00 |
| | | HAS $ 800 CASH & REST WILL BE ON A GOOD YEAR CARD | | | | | | | |
| 7011 | 6049718256321 | FACTORY REBUILT AXLE | 1 | 1 | | 107.63 | 20 | .00 | 107.63 |
| 304 | | LABOR AXLE | 1 | 1 | | .00 | 20 | .00 | .00 |
| 302 | | LABOR - UNDERHOOD | 1 | 1 | | 100.00 | 20 | .00 | 100.00 |
| | | CONTINUED.... | | | | | | | |

**WARNING:** Lug nuts/bolts must be checked and retorqued immediately after the first 25 miles of use. Please return to Mavis immediately after 25 miles of your service so that we can check and retorque your lug nuts/bolts.

I hereby authorize the repair work set forth to be done along with the necessary material & agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, or any other cause beyond your control or for any delay caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you & your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection at my risk. An ex-press Mechanics Lien is hereby acknowledged on said vehicle to secure the amount of repairs thereto. I hereby waive my rights to a written estimate of the extent nature & cost of the service to be provided. Liability will not hold you responsible for fees on rental cars. Any warranties on the products sold hereby are those made by the manufacturers. The seller hereby expressly disclaims all warranties either expressed or implied warranty of fitness for a particular purpose & neither assumes any person to assume for it any liability in connection with the sale of said product. These repairs are covered: by a limited warranty-labor 30 days or 1,000 miles, whichever comes first by the dealer-parts, 90 days or 4,000 miles, whichever comes first by the manufacturer. The dealer hereby limits any implied warranties to the same period. I will not stop payment on any parts and/or labor.

X_____
SIGNATURE

| PARTS | LABOR | TAX% | TAXABLE AMOUNT | SALES TAX | F.E.T. | STATE WASTE TIRE FEE | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

BRIDGESTONE  Firestone  Continental  COOPERTIRES  DUNLOP  GOODYEAR  MICHELIN  GENERAL TIRE  PIRELLI  YOKOHAMA

SIGNATURE

| PARTS | LABOR | TAX% | TAXABLE AMOUNT | SALES TAX | F.E.T. | STATE WASTE TIRE FEE | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

BRIDGESTONE  Firestone  Continental  COOPERTIRES  DUNLOP  GOODYEAR  MICHELIN  GENERAL TIRE  PIRELLI  YOKOHAMA



# MAVIS DISCOUNT TIRE
## AMERICA'S TIRE DISCOUNTER

If you are not 100% satisfied with the service you have received, please call 1-800-757-4291

Fogelsville Mavis
7720 Main St/Lamar Centre
Fogelsville, PA 18051
Facility:M426, PA 18051
Phone: (610) 391-0300

344     024552     369723

**SOLD TO:** MARKEL DUNN
513 PONDS EDGE LA
ALLENTOWN PA 18104

1/344

**SEND TO:**

E-mail : noemail

| CUST. P.O.# | MAKE/MODEL | TAG | MILEAGE | TELEPHONE | RTE. | SLM | SHIP VIA | ORDER # | PG. | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 2003 FOREST | KLC2928 /PA | In:160000 Out:160000 | (484)735-6032 | 0 | 03 |  | 024552 | 2 |  |

| INVOICE DATE | INVOICE NUMBER | PREVIOUS SHIPPED INVOICE NUMBER | TERMS | | |
|---|---|---|---|---|---|
| 07/02/2017 | 369723 |  | CASH SALE | Opened by Operator # 3441  07/02/17  16:36:24  3442 | |

| STOCK NUMBER | SIZE | DESCRIPTION | ORDERED | SHIPPED | PREV SHIP | UNIT PRICE | T | F.E.T. | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 230 |  | LABOR STABILIZER LINK | 1 | 1 |  | 15.00 | 20 | .00 | 15.00 |
| 7805 |  | SHOCK/STRUT DISCOUNT | 1 | 1 |  | 298.00 | 20 | .00 | 298.00 |
| OIL2 | UP TO 5 QTS | OIL CHANGE SPECIAL | 1 | 1 |  | 16.49 | 20 | .00 | 16.49 |
| LABOROIL |  | LABOR OIL CHANGE | 1 | 1 |  | 14.00 | 20 | .00 | 14.00 |
| OF4622 | OF4622 | OIL FILTER | 1 | 1 |  | 4.50 | 20 | .00 | 4.50 |
|  | 4.4 QTS  5W-30  CUSTOMER WAS WORKING WITH ANDY |  |  |  |  |  |  |  |  |
| 7354 | I094495383 | GAS STRUT | 1 | 1 |  | 99.99 | 20 | .00 | 99.99 |
| 243 |  | LABOR STRUT | 1 | 1 |  | 79.99 | 20 | .00 | 79.99 |
| 7354 | I094495383 | GAS STRUT | 1 | 1 |  | 79.99 | 20 | .00 | 79.99 |
| 243 |  | LABOR STRUT | 1 | 1 |  | 79.99 | 20 | .00 | 79.99 |
| 7352 | I094495383 | QUICK STRUT | 1 | 1 |  | 171.35 | 20 | .00 | 171.35 |
| 252 |  | LABOR - QUICK STRUT | 1 | 1 |  | 79.99 | 20 | .00 | 79.99 |
|  |  | CONTINUED.... |  |  |  |  |  |  |  |

**WARNING:** Lug nuts/bolts must be checked and retorqued immediately after the first 25 miles of use. Please return to Mavis immediately after 25 miles of your service so that we can check and retorque your lug nuts/bolts.

I hereby authorize the repair work set forth to be done along with the necessary material & agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, or any other cause beyond your control or for any delay caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you & your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection at my risk. An ex-press Mechanics Lien is hereby acknowledged on said vehicle to secure the amount of repairs thereto. I hereby waive my rights to a written estimate of the extent nature & cost of the service to be provided. Liability will not hold you responsible for fees on rental cars. Any warranties on the products sold hereby are those made by the manufacturers. The seller hereby expressly disclaims all warranties either expressed or implied warranty of fitness for a particular purpose & neither assumes any person to assume for it any liability in connection with the sale of said product. These repairs are covered by a limited warranty-labor 30 days or 1,000 miles, whichever comes first by the dealer-parts, 90 days or 4,000 miles, whichever comes first by the manufacturer. The dealer hereby limits any implied warranties to the same period. I will not stop payment on any parts and/or labor.

X _____ SIGNATURE

| PARTS | LABOR | TAX % | TAXABLE AMOUNT | SALES TAX | F.E.T. | STATE WASTE TIRE FEE | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

BRIDGESTONE  Firestone  Continental  COOPERTIRES  DUNLOP  GOODYEAR  MICHELIN  GENERAL TIRE  PIRELLI  YOKOHAMA



# MAVIS DISCOUNT TIRE
## AMERICA'S TIRE DISCOUNTER

If you are not 100% satisfied with the service you have received, please call 1-800-757-4291

Fogelsville Mavis
7720 Main St/Lamar Centre
Fogelsville, PA 18051
Facility:M426, PA 18051
Phone: (610) 391-0300

344    028936    372205

SOLD TO: MARKEL, DUNN
513 PONDS EDGE LA
ALLENTOWN PA 18104

1/344    SEND TO:

E-mail : noemail

| CUST. P.O.# | MAKE/MODEL | TAG | MILEAGE | TELEPHONE | RTE. | SLM | SHIP VIA | ORDER # | PG. | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| Src:0001668827 | 2003FOREST | KLC2928 /PA | In:162807 Out:162807 | (484)735-6032 | 0 | 39 | | 028936 | 1 | |

| INVOICE DATE | INVOICE NUMBER | PREVIOUS SHIPPED INVOICE NUMBER | TERMS | |
|---|---|---|---|---|
| 10/17/2017 | 372205 | | CASH SALE | 344-0001668827 Opened by Operator # 9997 10/17/17  10:16:22  3441 |

| STOCK NUMBER | SIZE | DESCRIPTION | ORDERED | SHIPPED | PREV. SHIP | UNIT PRICE | T | F.E.T. | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| CKE | CUSTOMER STATES | CHECK EXHAUST | 1 | 1 | | .00 | 20 | .00 | .00 |
| | RESERVATION DATE: 10/15/2017 | | | | | | | | |
| CKFE | CUSTOMER STATES | CHECK FRONT END | 1 | 1 | | .00 | 20 | .00 | .00 |
| CKB | CUSTOMER STATES | CHECK BRAKES | 1 | 1 | | .00 | 20 | .00 | .00 |
| CKT | CUSTOMER STATES | CHECK TIRES | 1 | 1 | | .00 | 20 | .00 | .00 |
| CKS | CUSTOMER STATES | CHECK SHOCKS | 1 | 1 | | .00 | 20 | .00 | .00 |
| 7009 | 3IV232888 | CATALYTIC CONVERTER | 1 | 1 | | 630.00 | 20 | .00 | 630.00 |
| 275 | | LABOR CATALYTIC CONVERTER | 1 | 1 | | 117.00 | 20 | .00 | 117.00 |
| 8000 | 3IV232888 | GASKET | 1 | 1 | | 4.25 | 20 | .00 | 4.25 |
| 8000 | 3IV232888 | GASKET | 1 | 1 | | 24.50 | 20 | .00 | 24.50 |
| 8000 | 3IV232912 | BOLT KIT | 1 | 1 | | 20.00 | 20 | .00 | 20.00 |
| | 2003 SUBARU FORESTER  4-2457 2.5L SOHC JF1SG65653H770453 | | | | | | | | |
| 8000 | 3IV232937 | BOLT KIT | 1 | 1 | | 20.00 | 20 | .00 | 20.00 |
| 8000 | 3IV233137 | O2 SENSOR | 1 | 1 | | 260.00 | 20 | .00 | 260.00 |

METHOD OF PAYMENT:
Goodyear Credit Card          1,140.30
CHANGE:                            .00
                    C O N T I N U E D ....

**WARNING:** Lug nuts/bolts must be checked and retorqued immediately after the first 25 miles of use. Please return to Mavis immediately after 25 miles of your service so that we can check and retorque your lug nuts/bolts.

I hereby authorize the repair work set forth to be done along with the necessary material & agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, or any other cause beyond your control or for any delay caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you & your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection at my risk. An ex-press Mechanics Lien is hereby acknowledged on said vehicle to secure the amount of repairs thereto. I hereby waive my rights to a written estimate of the extent nature & cost of the service to be provided. Liability will not hold you responsible for fees on rental cars. Any warranties on the products sold hereby are those made by the manufacturers. The seller hereby expressly disclaims all warranties either expressed or implied warranty of fitness for a particular purpose & neither assumes any person to assume for it any liability in connection with the sale of said product. These repairs are covered by a limited warranty-labor 30 days or 1,000 miles, whichever comes first by the dealer-parts, 90 days or 4,000 miles, whichever comes first by the manufacturer. The dealer hereby limits any implied warranties to the same period. I will not stop payment on any parts and/or labor.

X _____ SIGNATURE

| PARTS | LABOR | TAX% | TAXABLE AMOUNT | SALES TAX | F.E.T. | STATE WASTE TIRE FEE | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

BRIDGESTONE  Firestone  Continental  COOPERTIRES  DUNLOP  GOODYEAR  MICHELIN  GENERALTIRE  PIRELLI  YOKOHAMA