*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Markel Steven Dunn
    Debtor(s)

Case No: 17–14098–ref
Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Hearing and Status Conference re: Motion For Sanctions for Violation of the Automatic Stay by Toyota/Lexus Financial Services Filed by Markel Steven Dunn Represented by CHARLES LAPUTKA

on: 12/20/18

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  10/25/18

Timothy B. McGrath
Clerk of Court

51 – 14
Form 167